# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00660-JWH-KES | Date | February 20, 2024 |
| Title | EMES2 Pharmaceuticals, LLC v. Kodella LLC | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE STRIKING THE ANSWER OF DEFENDANT KODELLA LLC**

On February 16, 2024, the Court conducted a hearing during which, among other actions, it granted the motion of attorney Farah Tabibkhoei to withdraw as counsel of record for Kodella LLC. The Court directed Kodella to engage new counsel no later than April 5, 2024, and to cause new counsel to file a Notice of Appearance by that date.

If Kodella fails to obtain new counsel by the deadline set by the Court, then the Court hereby **ORDERS** the parties **TO SHOW CAUSE** as follows.

     1.      Each party is **DIRECTED** to file on or before April 12, 2024, a written response to this OSC explaining why this Court should or should not strike Kodella's Answer.[1]

---

[1]    Def. Kodella LLC's Answer to Second Am. Compl. and Affirmative Defenses; Demand for Jury Trial (the "Answer") [ECF No. 50].

    2.    A hearing on this OSC is **SET** for April 19, 2024, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

    **IT IS SO ORDERED.**