1  Jacob A. Ayres (State Bar No. 299869)
   Email: *ja@socal.law*
2  GUPTA EVANS & AYRES, PC
3  1150 S. Olive Street
   Los Angeles, CA 90015
4  Telephone: (619) 866-3444
   Facsimile: (619) 330-2055
5
6  BOCHNER IP, PLLC
   Ariel Reinitz (*pro hac vice*)
7  (ariel@bochnerip.com)
   295 Madison Ave, 12th Floor
8  New York, NY 10017
   Telephone: (646) 494-6909
9
10 *Attorneys for Plaintiff*
   EMES2 PHARMACEUTICALS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| EMES2 PHARMACEUTICALS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KODELLA LLC,<br><br>　　　　Defendant. | Case No. 8:23-cv-00660<br><br>**PROOF OF SERVICE** |

|     |     |
| --- | --- |
| 1   | I, the undersigned, declare: I am, and was at the time of service of the papers herein referred |
| 2   | to, over the age of 18 years, and not a party to this action. My business address is 1150 S. Olive |
| 3   | Street Los Angeles, CA 90015. |
| 4   | On May 15, 2024, I served the following document(s): |

1. **NOTICE OF CHANGE OF ADDRESS**

on the parties in this action addressed as follows:

**Kodella LLC**
eric@kodella.com

__X__   **BY EMAIL:** I caused such documents described herein to be sent to the following interested parties, at the following e-mail addresses, listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this May 15, 2024

/s/ Samantha Hew
Samantha Hew
Gupta Evans & Ayres, PC