GUPTA EVANS & AYRES, PC
Jacob A. Ayres (SBN 299869)
(ja@socal.law)
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Telephone: (619) 866-3444
Facsimile: (619) 330-2055

BOCHNER PLLC
Ariel Reinitz (*pro hac vice*)
Laura Harper
(ariel@bochner.law)
1040 Ave. of the Americas, 15th Floor
New York, NY 10018
Telephone: (646) 494-6909

*Attorneys for Plaintiff*
EMES2 PHARMACEUTICALS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMES2 PHARMACEUTICALS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KODELLA LLC,<br><br>        Defendant. | Case No. 8:23-cv-00660-JWH-KES<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF CERTIFICATE OF DEFAULT** |

I, Ariel Reinitz, declare:

1. I am a partner of the law firm Bochner PLLC, attorneys for plaintiff EMES2 PHARMACEUTICALS, LLC d/b/a RX RETURN SERVICES in the above-captioned matter.

2. I am a member in good standing of the bar of the State of New York and

---

DECLARATION

have been admitted *pro hac vice* in this case.

3. I submit this declaration in support of Plaintiff's request for entry of default.

4. I have personal knowledge of the facts stated herein.

5. Defendant Kodella LLC ("Kodella") was served with a summons and complaint in this action. ECF No. 15.

6. Kodella is a California limited liability company. ECF No. 50 ¶ 12.

7. Accordingly, Kodella is not an infant, nor incompetent, and the Service Members Civil Relief Act of 2003 (50 U.S.C. App.§ 501 et seq.) does not apply to it.

8. On June 3, 2024, the Court struck Kodella's answer in this action. ECF No. 65.

9. Accordingly, as of the date of this Declaration, the time for Kodella to answer, plead, or otherwise respond to Plaintiff's complaint has expired, and such time has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

New York, NY
July 5, 2024                         /s/ Ariel Reinitz
                                     Ariel Reinitz