JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMES2 PHARMACEUTICALS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>KODELLA LLC,<br><br>   Defendant. | Case No. 8:23-cv-00660-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 74]" filed concurrently herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff EMES2 Pharmaceuticals, LLC shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendant Kodella LLC, in the amount of **$453,756.09** (consisting of the principal amount of $375,005.04 and prejudgment interest of $78,751.05).

3. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 10, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-